UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Amy Lynn Henderson**,

Soc. Sec. No. xxx-xx-9749
Mailing Address: 2713 Omah Street, , Durham, NC
27705-

Bankruptcy Case No.: 09-82159

Debtor.

**Amy Lynn Henderson**,

Plaintiff, A.P. No.: 11-9032

**Falso Solutions, Option One Mortgage Corp.**
Defendant.

# Request for Re-issuance of Summons

Please re-issue Summons 11-9032. Summons was not served with in time allowed.

4/18/2011

Law Offices of John T Orcutt, P.C.

/s/Edward C. Boltz
Edward C. Boltz
Attorney for the Plaintiff
North Carolina State Bar No.: 23003
1738-D Hillandale Road
Durham, NC 27705