Form B 250B (12/09)

# United States Bankruptcy Court
## Middle District Of North Carolina

In re  Amy Lynn Henderson ,
              Debtor

Amy Lynn Henderson ,
   vs.      Plaintiff

Falso Solutions, Option One Mortgage Corp. ,
          Defendant

Case No. 09-82159

Chapter 13

Adv. Proc. No. 11-9032

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Reid Wilcox, Clerk<br>U.S. Bankruptcy Court<br>PO Box 26100<br>Greensboro, NC  27402-6100 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney & Bankruptcy Administrator.

| Name and Address of Plaintiff's Attorney<br><br>Edward C. Boltz<br>1738 Hillandale Road, Ste D<br>Durham NC  27705 | **Name and Address of**<br>**Bankruptcy Administrator**<br><br>Michael West<br>Bankruptcy Administrator<br>PO Box 1828<br>Greensboro, NC  27402 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>United States Bankruptcy Court<br>Venable Center, Dibrell Building - Suite 280<br>302 East Pettigrew Street, Durham, NC  27701 | Room: Courtroom<br>Date and Time<br>June 30, 2011  at  11:00 a.m. |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                              Reid Wilcox
                                         *Clerk of the Bankruptcy Court*

April 19, 2011        By:        Sandra Hammock
Date                                                     Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐      Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐      Residence Service: By leaving the process with the following adult at:


☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐      Publication: The defendant was served as follows: [Describe briefly]


☐      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature _____

     Print Name :      _____

     Business Address:      _____

     _____